| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Marian Lynn Bickcom |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 15-53320 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 3 9 4 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/1/2016

**New total payment:** $ 605.72
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 233.51      New escrow payment: $ 237.60

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %
   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

15-53320-mlo    Doc 44    Filed 09/09/16    Entered 09/09/16 17:31:55    Page 1 of 4

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ *[signature]*                                    Date 9/9/16
Signature
Trott # 466083B01

Print:   **Kim M. Rattet**
         **P62616**
         First Name    Middle Name    Last Name      Title   Attorney for Ditech Financial LLC

Company    Trott Law, P.C.

Address    31440 Northwestern Hwy Ste. 200
           Number          Street

           Farmington Hills, MI  48334-5422
           City                         State       ZIP Code

Contact phone  248.642.2515                         Email  EasternECF@trottlaw.com



PO Box 6172
Rapid City, SD 57709-6172
1(877) 624-8026

**Annual Escrow Account
Disclosure Statement**

| | |
|---|---|
| Statement Date: | 08/08/2016 |
| Account Number | |

| | |
|---|---|
| Customer Service: | 1-877-624-8026 |
| Hours: | Mon. – Fri. 7:00AM to 8:00PM CST |
| | Sat. 7:00AM to 4:00PM CST |
| Website: | www.ditech.com |

MARIAN L BICKCOM
28935 YORK ST
INKSTER MI 48141-2820

| | |
|---|---|
| Payment Due Date: | 12/01/2013 |
| Principal and Interest: | $368.12 |
| Escrow: | $.00 |
| **Total Current Payment** | **$368.12** |
| | |
| New Payment Effective: | 10/01/2016 |
| Principal and Interest: | $368.12 |
| Escrow: | $237.60 |
| Escrow Overage/Shortage: | $0.00 |
| **Total New Payment** | **$605.72** |

Ditech Financial LLC reviews your escrow account each year to determine if the current monthly payment amounts are sufficient to cover your projected property taxes and/or insurance premiums. Increases or decreases in your annual tax and/or insurance amounts may cause your monthly mortgage payment to change. Your monthly mortgage payment may also change if your loan totals include an adjustable rate feature or buy down assistance.

The section below sets forth your anticipated escrow activity for the next 12 months. Projected figures are based on information provided by sources which may include: The last tax or insurance payments disbursed, and figures provided to Ditech Financial LLC by your prior servicer. See the reverse side for recent escrow history.

### ESCROW DISBURSEMENT

**Current Anticipated Disbursements**
This year, we anticipate that payments from your account will equal 2,851.12

| | |
|---|---|
| CITY TAX | $1,373.12 |
| HAZARD INS | $1,478.00 |
| Total Disbursements | $2,851.12 |

### PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

Your ending escrow balance from the last month of the account history is $776.78. Your starting balance according to this analysis should be $1,286.50. This means you have a surplus of $253.17. The net surplus (Surplus amount minus any repayments to escrow advances) must be returned to you unless your account is past due or it is less than $50.00. In which case we have the option of keeping it and lowering your monthly payments accordingly.

| Month | Payments To Escrow | Payments From Escrow | Description | Required Balance | Projected Balance |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | $1,286.50 | $776.78 |
| OCT 16 | $237.60 | | | $1,524.10 | $1,014.38 |
| NOV 16 | $237.60 | | | $1,761.70 | $1,251.98 |
| DEC 16 | $237.60 | -$521.30 | CITY/TOWN PA | $1,478.00 | $968.28 |
| JAN 17 | $237.60 | | | $1,715.60 | $1,205.88 |
| FEB 17 | $237.60 | -$1,478.00 | HAZARD INS | $475.20 | -$34.52 |
| MAR 17 | $237.60 | | | $712.80 | $203.08 |
| APR 17 | $237.60 | | | $950.40 | $440.68 |
| MAY 17 | $237.60 | | | $1,188.00 | $678.28 |
| JUN 17 | $237.60 | | | $1,425.60 | $915.88 |
| JUL 17 | $237.60 | | | $1,663.20 | $1,153.48 |
| AUG 17 | $237.60 | -$851.82 | CITY/TOWN PA | $1,048.98 | $539.26 |
| SEP 17 | $237.60 | | | $1,286.58 | $776.86 |
| TOTAL | $2,851.20 | -$2,851.12 | | | |

Escrow Payment Calculation
$2,851.12 / 12 months = $237.60

### Calculation of Escrow Adjustment

| | |
|---|---|
| Beginning Required Balance | $1,286.50 |
| Beginning Projected Balance | $776.78 |
| Escrow Overage | $253.17 |
| Monthly Escrow Adjustment | $0.00 |

CUSHION SELECTED BY SERVICER:
$475.20

These calculations indicate the projected escrow balance will exceed the allowable low point. The resulting overage is $253.17. If you are currently in bankruptcy proceedings this amount may not include the amount in the Proof of Claim. Please contact us for additional details.

Notice: Ditech Financial LLC is a licensed mortgage servicer and debt collector.

Notwithstanding anything herein to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received in that case a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Your account history may answer your questions. If not, please call our toll free number for further assistance at 1-877-624-8026.

### IMPORTANT MESSAGES

Our website has new content. Visit www.ditech.com to learn about new **Topics of Interest** and view our **expanded FAQ section.** You can also click on the Borrower Services tab to register for **GT Portal** where you can make a payment, view your payment history, activate online statements and much more.


a Walter company
MARIAN L BICKCOM

Account Number:

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## ESCROW ANALYSIS HISTORY

This is a review of the recent activity in your escrow account. It also compares our projections from your last review with the expected payments we made from your account.

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | PAYMENTS FROM ESCROW PROJECTED | PAYMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | BEGINNING BALANCE | .00 | -1,999.30 |
| AUG |  | 3,394.39 * E |  | 851.82 * E | CITY/TOWN PA | 0.00 | 543.27 |
| SEP |  | 233.51 * E |  |  |  | 0.00 | 776.78 |
| TOTAL | 0.00 | 3,627.90 | 0.00 | 851.82 |  |  |  |

An asterisk (*) indicates where a difference exists between your projected and expected account activity. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown. Payments are shown in the month received and not their month due. Please save this statement for comparison to your next analysis. Please direct any questions to our Customer Contact Center at (877) 624-8026. Discrepancies may be caused by the following:

### PAYMENT(S)
- Monthly payment(s) were received less than OR greater than expected
- Monthly payment(s) were received earlier OR later than expected
- Previous overage was returned to escrow
- Previous deficiency/shortage was not paid entirely

### TAXES
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

### INSURANCE
- Premium changes
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium not paid
- Premium refund received
- New insurance escrow requirement paid
- Force placed insurance premium paid