**Fill in this information to identify the case:**

Debtor 1     Marian Lynn Bickcom

Debtor 2

United States Bankruptcy Court for the: Eastern District of Michigan

Case number :     15-53320-mlo

## Official Form 410S1
# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known): | **2** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 3755 | **Date of payment change:** Must be at least 21 days after date of this notice | 05/01/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $516.30 |

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

    [ ] No

    [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.

    Describe the basis for the change. If a statement is not attached, explain why:

    **Current escrow payment: $243.88**          **New escrow payment: $148.18**

| Part : 2 | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [X] No

    [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current interest rate:**                    **New interest rate:**
    **Current Principal and interest payment:**    **New principal and interest payment:**

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    [X] No

    [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).

    Reason for change:
    **Current mortgage payment:**                 **New mortgage payment:**

## Part 4:   Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]   I am the creditor.

[X]   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Julian Cotton_                                      Date    4/9/2020
Signature

Print:          Julian Cotton                           Title   Authorized Agent for Creditor

Company         Padgett Law Group

Address         6267 Old Water Oak Road, Suite 203

                Tallahassee FL, 32312

Contact phone   (850) 422-2520          Email       bkcrm@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

IN RE: Marian Lynn Bickcom

Case No: 15-53320-mlo
Chapter 13

_____ Debtors(s) _____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this the ___9___ day of April, 2020, a true and correct copy of the

foregoing was served by U.S., First Class, and/or electronic transmission to:

Debtor
Marian Lynn Bickcom
28935 York Street
Inkster, MI 48141

Attorney
William D. Johnson
Acclaim Legal Services
8900 E. 13 Mile Rd.
Warren, MI 48093

Christopher W. Jones
8900 E. 13 Mile Rd.
Warren, MI 48093

Brian D. Rodriguez
8900 E. 13 Mile Road
Warren, MI 48093

Trustee
Tammy L. Terry
Buhl Building
535 Griswold
Suite 2100
Detroit, MI 48226

/S/ Julian Cotton

_____

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
bkcrm@padgettlaw.net
*Authorized Agent for Creditor*



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Analysis Date:                                      March 14, 2020

Loan: ███████

Property Address:
28935 YORK ST
INKSTER, MI  48141

MARIAN L BICKCOM
28935 YORK ST
INKSTER MI  48141

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective May 01, 2020 |
|---|---|---|
| P & I Pmt: | $368.12 | $368.12 |
| Escrow Pmt: | $243.88 | $148.18 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $612.00 | $516.30 |

| Prior Esc Pmt | May 01, 2019 |
|---|---|
| P & I Pmt: | $368.12 |
| Escrow Pmt: | $243.88 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $612.00 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | September 01, 2019 |
| Escrow Balance: | $995.68 |
| Anticipated Pmts to Escrow: | $1,951.04 |
| Anticipated Pmts from Escrow (-): | $55.52 |
| Anticipated Escrow Balance: | $2,891.20 |

| Shortage/Overage Information | Effective May 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $1,778.11 |
| Required Cushion | $296.35 |
| Required Starting Balance | $777.98 |
| Escrow Shortage | $0.00 |
| Surplus | $2113.22 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 296.35. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 296.35 or 1/6 of the anticipated amount from the account.

This is a statement of actual activity in your escrow account from Apr 2019 to Apr 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 387.19 |
| Apr 2019 | | 231.98 | | | * | | 0.00 | 619.17 |
| Apr 2019 | | | | 140.92 | * | Hazard | 0.00 | 478.25 |
| May 2019 | | 231.98 | | | * | | 0.00 | 710.23 |
| May 2019 | | | | 140.92 | * | Hazard | 0.00 | 569.31 |
| Jun 2019 | | 231.98 | | | * | | 0.00 | 801.29 |
| Jun 2019 | | | | 140.92 | * | Hazard | 0.00 | 660.37 |
| Jul 2019 | | 227.31 | | | * | | 0.00 | 887.68 |
| Jul 2019 | | 227.31 | | | * | | 0.00 | 1,114.99 |
| Jul 2019 | | | | 140.92 | * | Hazard | 0.00 | 974.07 |
| Aug 2019 | | 227.31 | | | * | | 0.00 | 1,201.38 |
| Aug 2019 | | | | 140.92 | * | Hazard | 0.00 | 1,060.46 |
| Aug 2019 | | | | 941.59 | * | City Tax | 0.00 | 118.87 |
| Sep 2019 | | 227.31 | | | * | | 0.00 | 346.18 |
| Sep 2019 | | | | 140.92 | * | Hazard | 0.00 | 205.26 |
| Sep 2019 | | | | 140.92 | * | Hazard | 0.00 | 64.34 |
| Oct 2019 | | 227.31 | | | * | | 0.00 | 291.65 |
| Oct 2019 | | | | 140.92 | * | Hazard | 0.00 | 150.73 |
| Nov 2019 | | 0.20 | | | * | Escrow Only Payment | 0.00 | 150.93 |
| Nov 2019 | | 227.31 | | | * | | 0.00 | 378.24 |
| Dec 2019 | | 471.19 | | | * | | 0.00 | 849.43 |
| Dec 2019 | | | | 503.40 | * | City Tax | 0.00 | 346.03 |
| Feb 2020 | | 243.88 | | | * | | 0.00 | 589.91 |
| Mar 2020 | | 487.76 | | | * | | 0.00 | 1,077.67 |
| Mar 2020 | | | | 81.99 | * | Lender Placed Hazard | 0.00 | 995.68 |
| | | | | | | Anticipated Transactions | 0.00 | 995.68 |
| Mar 2020 | | 1,707.16ᴾ | | 27.76 | | Lender Placed Hazard | | 2,675.08 |
| Apr 2020 | | 243.88ᴾ | | 27.76 | | Lender Placed Hazard | | 2,891.20 |
| | $0.00 | $5,213.87 | $0.00 | $2,709.86 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Analysis Date:                                                                March 14, 2020

Loan: ███████████

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|------|------|------|------|------|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,891.20 | 777.98 |
| May 2020 | 148.18 | 27.76 | Lender Placed Hazard | 3,011.62 | 898.40 |
| Jun 2020 | 148.18 | 27.76 | Lender Placed Hazard | 3,132.04 | 1,018.82 |
| Jul 2020 | 148.18 | 27.76 | Lender Placed Hazard | 3,252.46 | 1,139.24 |
| Aug 2020 | 148.18 | 941.59 | City Tax | 2,459.05 | 345.83 |
| Aug 2020 | | 27.76 | Lender Placed Hazard | 2,431.29 | 318.07 |
| Sep 2020 | 148.18 | 27.76 | Lender Placed Hazard | 2,551.71 | 438.49 |
| Oct 2020 | 148.18 | 27.76 | Lender Placed Hazard | 2,672.13 | 558.91 |
| Nov 2020 | 148.18 | 27.76 | Lender Placed Hazard | 2,792.55 | 679.33 |
| Dec 2020 | 148.18 | 503.40 | City Tax | 2,437.33 | 324.11 |
| Dec 2020 | | 27.76 | Lender Placed Hazard | 2,409.57 | 296.35 |
| Jan 2021 | 148.18 | 27.76 | Lender Placed Hazard | 2,529.99 | 416.77 |
| Feb 2021 | 148.18 | 27.76 | Lender Placed Hazard | 2,650.41 | 537.19 |
| Mar 2021 | 148.18 | 27.76 | Lender Placed Hazard | 2,770.83 | 657.61 |
| Apr 2021 | 148.18 | 27.76 | Lender Placed Hazard | 2,891.25 | 778.03 |
| | $1,778.16 | $1,778.11 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,891.20. Your starting balance (escrow balance required) according to this analysis should be $777.98. ███████████████████████████████

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

We anticipate the total of your coming year bills to be 1,778.11. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|------|------|
| Unadjusted Escrow Payment | $148.18 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $148.18 |

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.