| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marian Lynn Bickcom | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Eastern District of | Michigan (State) |
| Case number | 15-53320-mlo | |

# AMENDED

Form 4100R

## Response to Notice of Final Cure Payment                                  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for LB-Igloo Series IV Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 6 9

**Property address:** 28935 York Street
Number     Street

Inkster          MI       48141
City           State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12 / 12 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $ _____

c. **Total.** Add lines a and b.                                                     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___/___/_____
MM / DD / YYYY

Form 4100R                     Response to Notice of Final Cure Payment                   page 1

| Debtor 1 | Marian Lynn Bickcom | | | Case number (if known) 15-53320-mlo |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Molly Slutsky Simons
Signature

Date 11/19/2021

Print **Molly Slutsky Simons**
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444 - 4100

Email bankruptcy@sottileandbarile.com

Form 4100R    Response to Notice of Final Cure Payment    page 2
15-53320-mlo    Doc 101    Filed 11/19/21    Entered 11/19/21 14:10:42    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 15-53320-mlo |
| Marian Lyn Bickcom | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Amended Response to Notice of Final Cure Payment has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on November 19, 2021 to the following:

Marian Lyn Bickcom, Debtor
28935 York St
Inkster, MI 48141

William D. Johnson, Debtor's Counsel
filing@acclaimlegalservices.com

Christopher W. Jones, Debtor's Counsel
filing@acclaimlegalservices.com

Ryan Allen Paree, Debtor's Counsel
filing@acclaimlegalservices.com

Brian D. Rodriguez, Debtor's Counsel
filing@acclaimlegalservices.com

Tammy L. Terry, Chapter 13 Trustee
mieb_ecfadmin@det13.net

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                  Respectfully Submitted,

                                  /s/ Molly Slutsky Simons
                                  Molly Slutsky Simons (OH 0083702)
                                  Sottile & Barile, Attorneys at Law
                                  394 Wards Corner Road, Suite 180
                                  Loveland, OH 45140
                                  Phone: 513.444.4100
                                  Email: bankruptcy@sottileandbarile.com
                                  Attorney for Creditor